ROBERT P. MARSHALL and Others, Copartners, etc., and Others, Respondents, v. JOHN W. LEONARD and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of DANIEL J. O'SULLIVAN, as Receiver of the J. K. JOICE COMPANY, Respondent, to Punish JOHN K. JOICE, Appellant, as for Contempt of Court.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS FISHMAN, Respondent, v. MAX HERMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANCES A. FALB, Respondent, v. RUDOLPH FALB, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES O. BAUMANN, Respondent, v. MACK SENNETT, Appellant.— Order reversed, with ten dollars costs and disbursements and motion to modify order for examination granted to the extent of striking out subdivision " a " and " c " thereof; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, for a Peremptory Mandamus Order Directing JULIUS MILLER, Borough President and Commissioner of Highways of the Borough of Manhattan, Appellant, to Issue to the NEW YORK CENTRAL RAILROAD COMPANY, a Permit for the Construction of a Transforming Station Within the Limits of the Embankment Supporting the Railroad of Said Company in Park Avenue, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARTHUR I. POBLINER, Respondent, v. HARRY WADLER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE W. KYLE, Respondent, v. GERSETA CORPORATION, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN H. SHIPWAY & BRO., Respondent, v. EMIL WINTER, Appellant.— Order reversed, with ten dollars costs and disbursements and motion granted upon payment of taxable costs to date of motion without prejudice to date of issue and position on calendar. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.